B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **14–30174**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/16/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Malgorzata Gorz Mercado
aka Malgorzata Smialek
8901 S. Roberts Road
Hickory Hills, IL 60457

| | |
|---|---|
| Case Number:  14–30174<br>Office Code:  1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–8671 |
| Attorney for Debtor(s) (name and address):<br>Nicholas C Kefalos<br>Vernor Moran LLC<br>27 North Wacker Drive Suite 2000<br>Chicago, IL 60606–2800<br>Telephone number: 312 264–4460 | Bankruptcy Trustee (name and address):<br>Eugene Crane<br>Crane Heyman Simon Welch & Clar<br>135 S Lasalle Ste 3705<br>Chicago, IL 60603<br>Telephone number: 312 641–6777 |

## Meeting of Creditors:
Date: **October 7, 2014**        Time: **01:00 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

**Presumption of Abuse under 11 U.S.C. § 707(b)**
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

**Deadlines:**
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 12/8/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Creditors May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday – Friday 8:30 AM –4:30 PM | Date:  August 18, 2014 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-30174-PSH
Malgorzata Gorz Mercado                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: cshabez              Page 1 of 2              Date Rcvd: Aug 18, 2014
                             Form ID: b9a               Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2014.
```
db          +Malgorzata Gorz Mercado,   8901 S. Roberts Road,    Hickory Hills, IL 60457-1587
22290339     ARS,   PO Box 1809018,   Fort Lauderdale, FL 33318-0918
22290338     Allied Data Corp.,   13111 Westheimer, Suite 400,    Houston, TX 77077-5547
22290348     Echelon Recovery, Inc,   PO Box 1880,    Voorhees, NJ 08043-7880
22290349    +Freedman Anselmo Lindberg,   1771 W Diehl #150,    Naperville, IL 60563-4947
22290350    +GE Money Bank / Synchrony Bank,   170 W. Electrion Road, Suite 125,    Draper, UT 84020-6425
22290351    +HSBC Bank, USA, NA,   1800 Tysons Blvd,    Mc Lean, VA 22102-4257
22290352     ILLINOIS DEPT OF REVENUE,   PO Box 64338,    Chicago, IL 60664-0338
22290355    ++LCS FINANCIAL SERVICES,   6782 S POTOMAC ST #100,    CENTENNIAL CO 80112-3915
             (address filed with court: LCS Financial,    6560 Greenwood Plaza Blvd, Suite 37,
               Englewood, CO 80111)
22290356    +LCS Financial Services Corp.,   Registered Agent Solutions, Inc.,    901 S. 2nd St, Suite 201,
               Springfield, IL 62704-7909
22290357    +Litton Loan Servicing,   4828 Loop Central Drive,    Houston, TX 77081-2166
22290359     Merchants & Medical Credit,   6324 Taylor Drive,    Flint, MI 48507-4685
22290362    +Mountain Peaks Financial Services,   Registred Agent Solutions, Inc,    910 S. 2nd St., Suite 201,
               Springfield, IL 62704-2763
22290363     Nationwide Credit, Inc.,   2015 Vaughn Road NW, Ste. 400,    Kennesaw, GA 30144-7802
22290365    +Oberweis Dairy,   Attn: Collections,   951 Ice Cream Drive,    North Aurora, IL 60542-1475
22290366    +Ocwen Loan Servicing,   4828 Loop Central Dr,    Houston, TX 77081-2193
22290368     Omni Credit Services of Florida,   PO Box 23381,    Tampa, FL 33623-3381
22290369    +Optio Solutions, LLC,   6139 State Farm Drive,    Sacramento, CA 94298-0001
22290370     Penn Credit Corp.,   PO Box 988,   Harrisburg, PA 17108-0988
22290371     Plantation Billing Center,   PO Box 189016,    Fort Lauderdale, FL 33318-9016
22290373    +Portfolio Recovery (Agent),   Illinois Corp. Service C,    801 Adlai Stevenson Drive,
               Springfield, IL 62703-4261
22290375     Prairie Emergency Physicians,   PO Box 635225,    Cincinnati, OH 45263-0043
22290376    +Provena St. Joseph Medical Center,   333 N. Madison St.,    Joliet, IL 60435-8233
22290377    +Robert Clay, JR, DDS,   12500 S. Harlem Ave.,    Palos Heights, IL 60463-2057
22290378    +Security Credit Servic,   2653 W Oxford Loop,    Oxford, MS 38655-5442
22290380    +Synchrony Bank,   170 W. Election Road, Suite 125,    Draper, UT 84020-6425
22290382    +Village of Romeoville,   13 Montrose Drive,    Romeoville, IL 60446-1329
22290383    +Wespark Condo Association,   Agent Charles Keough,    1250 E Diehl Road, Suite 405,
               Naperville, IL 60563-9389
22290384     Wespark Freedom Condominium,   Vanguard Management,    PO Box 61955,   Phoenix, AZ 85082-1955
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: nkefalos@vernormoran.com Aug 19 2014 03:29:25     Nicholas C Kefalos,
              Vernor Moran LLC,   27 North Wacker Drive Suite 2000,    Chicago, IL  60606-2800
tr          +EDI: BECRANE.COM Aug 19 2014 03:03:00     Eugene Crane,   Crane Heyman Simon Welch & Clar,
              135 S Lasalle Ste 3705,   Chicago, IL 60603-4101
22290341     EDI: CAPITALONE.COM Aug 19 2014 03:08:00     Capital One,   Po Box 85520,   Richmond, VA 23285
22290343     E-mail/Text: bankruptcy@cavps.com Aug 19 2014 03:31:15     Cavalry Portfolio,   Po Box 27288,
              Tempe, AZ 85285
22290342     EDI: HFC.COM Aug 19 2014 03:08:00     Carson Pirie Scott,   HSBC Retail Services,   PO Box 17264,
              Baltimore, MD 21297-1264
22290344     EDI: CHASE.COM Aug 19 2014 03:08:00     Chase,   PO Box 15153,   19886-5159
22290345    +EDI: CHASE.COM Aug 19 2014 03:08:00     Chase Bank USA, NA,   201 N. Walnut St.,
              Wilmington, DE 19801-2920
22290346    +EDI: WFNNB.COM Aug 19 2014 03:08:00     Comenity Bank/limited,   Po Box 182789,
              Columbus, OH 43218-2789
22290347    +EDI: WFNNB.COM Aug 19 2014 03:08:00     Comenity Bank/vctrssec,   Po Box 182789,
              Columbus, OH 43218-2789
22290353     EDI: IRS.COM Aug 19 2014 03:13:00     Internal Revenue Service,   PO Box 7317,
              Philadelphia, PA 19101-7317
22290354    +EDI: CBSKOHLS.COM Aug 19 2014 03:08:00     Kohls / Capital One,   N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-7096
22290358    +EDI: RESURGENT.COM Aug 19 2014 03:08:00     Lvnv Funding Llc,   Po Box 10497,
              Greenville, SC 29603-0497
22290360    +EDI: MID8.COM Aug 19 2014 03:08:00     Midland Funding,   8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
22290361     E-mail/Text: mmrgbk@miramedrg.com Aug 19 2014 03:30:42     MiraMed Revenue Group,   PO Box 536,
              Linden, MI 48451-0536
22290364    +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 19 2014 03:30:57     NCO Financial Systems,
              507 Prudential Road,   Horsham, PA 19044-2368
22290367     EDI: RMSC.COM Aug 19 2014 03:13:00     Old Navy / GECRB,   Attn: Bankruptcy,   PO Box 130104,
              Roswell, GA 30076
22290372     EDI: PRA.COM Aug 19 2014 03:13:00     Portfolio Recovery,   Attn: Bankruptcy,   PO Box 41067,
              Norfolk, VA 23541
22290374    +EDI: PRA.COM Aug 19 2014 03:13:00     Portfolio Recovery (Corp),   120 Corporate Blvd,
              Norfolk, VA 23502-4962
22290379     EDI: RMSC.COM Aug 19 2014 03:13:00     Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
22290381    +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 19 2014 03:30:57     Transworld Systems,
              1375 E. Woodfield Road, Suite 110,   Schaumburg, IL 60173-5423
```

```
District/off: 0752-1           User: cshabez              Page 2 of 2              Date Rcvd: Aug 18, 2014
                               Form ID: b9a               Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22290340     ##+Baker & Miller, PC,    29 N. Wacker Drive, 5th Floor,    Chicago, IL 60606-3227
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2014                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2014 at the address(es) listed below:
```
              Eugene Crane     ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Nicholas C Kefalos    on behalf of Debtor Malgorzata  Gorz Mercado nkefalos@vernormoran.com,
               G4641@notify.cincompass.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 3
```